George W. FRIDAY; Paulette D. Friday, Plaintiffs–Appellants,

v.

PRINCE GEORGE COUNTY; Commonwealth of Virginia, Defendants–Appellees.

No. 01–2416.

United States Court of Appeals, Fourth Circuit.

Submitted April 25, 2002.

Decided May 1, 2002.

George W. Friday, Paulette D. Friday, Appellants Pro Se. Jeremy David Capps, Harman, Clayton, Corrigan & Wellman, Richmond, Virginia; Brian M. McCormick,

Office of the Attorney General of Virginia, Richmond, Virginia, for Appellees.

Before WILLIAMS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

George W. Friday and Paulette D. Friday appeal the district court's order adopting the magistrate judge's recommendation dismissing their civil suit. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Friday v. Prince George County*, No. CA–00–867 (E.D.Va. Nov. 19, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*